Raymond YOWELL, Plaintiff—
Appellant,

v.

UNITED STATES of America; Dirk
Kempthorne,* Secretary of the Interi-
or, in his official capacity, Defen-
dant—Appellee.

No. 07–15086.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted April 15, 2008.

Filed April 18, 2008.

Robert R. Hager, Treva J. Hearne,
Hager & Hearne, Reno, NV, for Plaintiff–
Appellant.

John A. Bryson, Sara E. Culley, Sam-
bhav N. Sankar, DOJ–U.S. Department of
Justice, Environment & Natural Re-
sources Division, Washington, DC, for De-
fendant–Appellee.

Before: KOZINSKI, Chief Judge,
GOULD, and N.R. SMITH, Circuit
Judges.

MEMORANDUM **

The district court properly dismissed
plaintiff's action because he does not have
a cause of action under the Administrative
Procedure Act, as his complaint is based
upon a congressional act, not agency ac-
tion. *See* 5 U.S.C. §§ 551(1), 701(b)(1).
Plaintiff waived his other jurisdiction
claims, because either (1) he failed to ar-
gue the issues in his opening brief, *see
Miller v. Fairchild Indus., Inc.,* 797 F.2d
727, 738 (9th Cir.1986), or (2) he raised
them for the first time on appeal, *see
Rothman v. Hosp. Serv. of Southern Cali-
fornia,* 510 F.2d 956, 960 (9th Cir.1975).

AFFIRMED.

---

* Dirk Kempthorne is substituted for his prede-
cessor, Gale Norton, as Secretary of the De-
partment of Interior, pursuant to Rule
43(c)(2) of the Federal Rules of Appellate Pro-
cedure.

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by Ninth Circuit Rule 36–3.

